LA FARGE *vs.* LUCE.

*In a notice for a commission, given after receiving notice of trial, the defendant should stipulate to pay the plaintiff's costs of preparing for trial.*

MOTION for a commission. The witness sought to be examined, went from this state into Upper Canada on the 21st day of October last. On the 6th December the defendant gave notice of a motion at this term for a commission to examine the witness, previous to which time the plaintiff had noticed the cause for trial at the Jefferson circuit, to commence on the 15th December.

*By the Court*, MARCY, J. The motion is granted on payment of the plaintiff's costs for preparing for trial at the last circuit, up to the time of service of notice of this motion; and

## OF THE STATE OF NEW-YORK. 243

the defendant not having stipulated in his notice to pay the plaintiff's costs of preparing for trial, must also pay the costs of resisting this motion.